<table>
<tr><td>DISTRICT COURT, EL PASO COUNTY<br>STATE OF COLORADO<br>Court Address: 270 South Tejon Street<br>Colorado Springs, CO 80903</td><td rowspan="2">DATE FILED<br>October 9, 2024 9:55 AM<br>FILING ID: A9CDC931BE19C<br>CASE NUMBER: 2024CV31941<br><br>▲ COURT USE ONLY ▲</td></tr>
<tr><td>Plaintiff:<br>LARA MOEHLENPAH<br><br>Defendant:<br>TARGET CORPORATION</td></tr>
<tr><td>Attorneys for Plaintiff:<br>PRIBILA & FIELDS, PC<br>Bethany A. Pribila, #35221<br>Timothy L. Fields, #40037<br>Address: 18 E. Monument Street<br>Colorado Springs, CO 80903<br>Phone Number: (719) 473-1238<br>Fax Number: (719) 473-2542<br>Email: bpribila@pribila.com<br>tfields@pribila.com</td><td>Case Number: 2024CV__________<br><br>Div.: _______</td></tr>
<tr><td colspan="2" align="center">COMPLAINT</td></tr>
</table>

COMES NOW the Plaintiff, Lara Moehlenpah, by and through her attorneys, PRIBILA & FIELDS, PC, and for a Complaint against the Defendant, states, alleges, and avers as follows:

## GENERAL ALLEGATIONS

1. Plaintiff, Lara Moehlenpah, is and was at all times pertinent hereto a resident of the County of El Paso, State of Colorado.

2. Upon information and belief, Defendant, Target Corporation, was at all times pertinent hereto a foreign corporation, authorized to do and doing business in the State of Colorado, with a registered agent for service of process, CT Corporation System, located at 7700 E. Arapahoe Road, Ste. 220, Centennial, CO 80112. Defendant, Target Corporation, was also at all times pertinent hereto, a landowner of the real property located at 3810 Bloomington Street, Colorado Springs, CO 80922 pursuant to C.R.S. §13-21-115.

3. On or about February 6, 2023, Plaintiff, Lara Moehlenpah, was injured after slipping and falling on food remnants or residue on the floor in the produce section of the premises known as Target located at 3810 Bloomington Street, Colorado Springs, CO 80922.

**EXHIBIT A**

4. Plaintiff was conducting herself in a lawful and careful manner at said time and place.

**FIRST CAUSE OF ACTION - PREMISES LIABILITY AGAINST DEFENDANT, TARGET CORPORATION**

5. Plaintiff hereby incorporates paragraphs one through four as though fully set forth herein.

6. C.R.S. § 13-21-115 sets out a cause of action for a civil action brought against a landowner by a person who alleges injury occurring while on the real property of another and by reasons of the condition of such property, or activities conducted or circumstances existing on such property.

7. Upon information and belief, on or about February 6, 2023, Defendant, Target Corporation, was the owner of the property located at 3810 Bloomington Street, Colorado Springs, CO 80922.

8. Upon information and belief, Defendant, Target Corporation, operated a store on the premises located at 3810 Bloomington Street, Colorado Springs, CO 80922. This included the time period on or about February 6, 2023.

9. Upon information and belief, on or about February 6, 2023, Defendant, Target Corporation, was a company legally responsible for the activities conducted or the circumstances existing on the property located at 3810 Bloomington Street, Colorado Springs, CO 80922; specifically, maintaining the condition of the premises. Therefore, Target Corporation, was a landowner as defined in C.R.S. § 13-21-115(1).

10. Upon information and belief, Defendant, Target Corporation, maintained control over the condition of the premises including the produce section within the premises known as Target located at 3810 Bloomington Street, Colorado Springs, CO 80922.

11. On or about February 6, 2023, Plaintiff, Lara Moehlenpah, was an invitee at 3810 Bloomington Street, Colorado Springs, CO 80922 at the time of the slip and fall incident. Ms. Moehlenpah was an invitee because she went to the business located at 3810 Bloomington Street, Colorado Springs, CO 80922 to purchase goods and transact business.

12. Plaintiff, Lara Moehlenpah was present at 3810 Bloomington Street, Colorado Springs, CO 80922 on February 6, 2023, with the permission of Defendant, Target Corporation.

13. Defendant, Target Corporation, violated C.R.S. § 13-21-115 by failing to exercise reasonable care to maintain said premises in a safe condition for use by the general public, and specifically, Plaintiff, Lara Moehlenpah, and unreasonably failed to exercise reasonable care to protect against dangers of which it knew or should have known, which caused Plaintiff to slip and fall on said premises. Specifically, Defendant, Target Corporation, unreasonably failed to properly

maintain the produce section on the premises located at 3810 Bloomington Street, Colorado Springs, CO 80922 free from dangerous food remnants and residue on the floor, and unreasonably failed to exercise reasonable care to protect against dangers of which it knew or should have known, which caused Plaintiff to slip and fall.

14. As a result of such unreasonable conduct of Defendant, Target Corporation, as aforesaid, Plaintiff, Lara Moehlenpah, sustained multiple injuries, including but not limited to right ankle, right knee, right hip, and right sciatica pain, and has incurred and will continue to incur pain and suffering and medical expenses, the total amount of which cannot be ascertained at this time due to the continuing nature of her injuries.

15. Plaintiff, Lara Moehlenpah, as a result of the incident as aforesaid, has incurred medical expenses and out-of-pocket expenses, has sustained injuries of a continuing and permanent nature and has endured pain and suffering and loss of enjoyment of life.

16. Plaintiff, Lara Moehlenpah, as a result of the incident as aforesaid, has been rendered unable to attend to her usual occupation and duties, and will be similarly caused to be unable to attend to them in the future.

17. The incident as aforesaid was the sole and proximate result of the unreasonable conduct of Defendant, Target Corporation, and Plaintiff was without negligence on her part contributing to said incident.

18. Defendant, Target Corporation, has a non-delegable duty to properly maintain the premises in a safe condition for invitees under Colorado law.

WHEREFORE, Plaintiff prays for judgment against Defendant, Target Corporation, in an amount to be determined at trial, plus costs and interest from February 6, 2023, and such other and further relief as the Court deems just and equitable.

**SECOND CAUSE OF ACTION – NEGLIGENCE AGAINST DEFENDANT, TARGET CORPORATION**

19. Plaintiff hereby incorporates paragraphs one through eighteen as though fully set forth herein.

20. Upon information and belief, Defendant, Target Corporation, was the owner of the property located at 3810 Bloomington Street, Colorado Springs, CO 80922. This included the time period on or about February 6, 2023.

21. On or about February 6, 2023, Plaintiff, Lara Moehlenpah, was present at 3810 Bloomington Street, Colorado Springs, CO 80922.

22. On or about February 6, 2023, as Plaintiff was a customer at the store as aforesaid, Defendant, Target Corporation, owed Plaintiff, Lara Moehlenpah, a duty of care.

23. On or about February 6, 2023, Defendant, Target Corporation, breached its duty of care to Plaintiff by negligently maintaining the produce section at the premises located at 3810 Bloomington Street, Colorado Springs, CO 80922 free from food remnants and residue on the floor and failing to exercise reasonable care to protect against dangers of which it knew or should have known, which caused Plaintiff to slip and fall.

24. The incident as aforesaid was the sole and proximate result of Defendant, Target Corporation's negligence and its failure to exercise reasonable care to protect against dangers of which it knew or should have known, which caused Plaintiff to slip and fall.

25. As a result of the negligence of Defendant, Target Corporation, as aforesaid, Plaintiff Lara Moehlenpah, did sustain multiple injuries, including but not limited to right ankle, right knee, right hip, and right sciatica pain, and has incurred and will continue to incur pain and suffering and medical expenses, the total amount of which cannot be ascertained at this time due to the continuing nature of her injuries.

26. Plaintiff, Lara Moehlenpah, as a result of the incident as aforesaid, has incurred medical expenses and out-of-pocket expenses, has sustained injuries of a continuing and permanent nature, and has endured pain and suffering and loss of enjoyment of life.

27. Plaintiff, Lara Moehlenpah, as a result of the slip and fall accident as aforesaid, has been rendered unable to attend to her usual occupation and duties, and will be similarly caused to be unable to attend to them in the future.

28. The incident as aforesaid was the sole and proximate result of the negligence of Defendant, Target Corporation, as aforesaid, and Plaintiff was without negligence on her part contributing to said incident.

WHEREFORE, Plaintiff prays for Judgment against Defendant, Target Corporation, in an amount to be determined at trial, plus costs, interest from February 6, 2023, and such other and further relief as the Court deems just and equitable.

Respectfully submitted this 9th day of October, 2024.

***A duly signed original is on file at the office of Pribila & Fields, PC***

*/S/ Bethany A. Pribila*
Bethany A. Pribila, #35221
Timothy L. Fields, #40037
PRIBILA & FIELDS, PC



EXHIBIT A

**ADDRESS OF PLAINTIFF**

3734 Tuscanna Grove
Colorado Springs, CO 80920



EXHIBIT A